# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER RENTOLA and SHERREE RENTOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOW JONES & COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  4:20-cv-11589-SDD-EAS<br><br>Hon. Stephanie Dawkins Davis<br><br>Mag. Judge Elizabeth A. Stafford |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Christopher Rentola and Sherree Rentola hereby dismiss with prejudice all claims against Defendant Dow Jones & Company, Inc.

Dated:  New York, New York
         March 4, 2021

**BURSOR & FISHER, P.A.**

By:    */s/ Philip L. Fraietta*
          Philip L. Fraietta

Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
           pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL  33131

Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email:  fhedin@hedinhall.com

**BARBAT. MANSOUR & SUCIU PLLC**
Nick Suciu III
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI  48301
Tel: (313) 303-3472
Email:  nicksuciu@bmslawyers.com

*Attorneys for Plaintiffs*